

# Fourth Court of Appeals
## San Antonio, Texas

August 27, 2013

No. 04-13-00136-CV

Ronnie **PACE,**
Appellant

v.

Chester B. **WHATLEY** and Alice Faye Whatley,
Appellees

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 10697B
Honorable Stephen B. Ables, Judge Presiding

## O R D E R

    Appellees' motion for extension of time to file their brief is **granted**. We **order** the brief due **August 28, 2013**. No further extensions of time will be granted absent a showing of extraordinary circumstances.

_____
Luz Elena D. Chapa, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of August, 2013.

_____
Keith E. Hottle
Clerk of Court